# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

UGI Utilities, Inc.,              :
                 Petitioner    :
                                    :
           v.            :      No. 499 M.D. 2015
                                    :
City of Reading and Pennsylvania  :
Public Utility Commission,        :
                 Respondents   :

## O R D E R

**AND NOW,** this 27th day of February, 2018 it is ordered that the above-captioned Memorandum Opinion, filed November 21, 2017, shall be designated OPINION and shall be REPORTED.

_____
JAMES GARDNER COLINS, Senior Judge